No. 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

PD-0908-15

Darrin Hunter

V.

State of Texas

RECEIVED

JUL 06 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

In The Court
Of Appeal
Of The
2nd
Supreme Judicial District

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 17 2015
Abel Acosta, Clerk

Motion for Extension of Time
To File Petition for Discretionary Review

To the Honorable Judges of the 2nd Supreme Judicial
Court of Appeals:

Comes now Darrin Hunter, appellant and files this motion for an extension of time in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the court the following:

FILED IN
COURT OF CRIMINAL APPEALS

JUL 22 2015

Abel Acosta, Clerk

I.

The appellant was convicted in the 211TH District Court of Denton County, Texas. The Honorable L. Dee Shipman presiding on July 2nd, 2014, of the offense of Assault - Impeding Breath or Circulation - Family Violence in Cause No. F-2012-1199-C. Styled State of Texas V. Darrin Hunter. The Jury assessed the punishment of Twelve (12) Years Institutional Division (TDCJ).

No. 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

## II.

The appellant was represented by Christopher Abel, Criminal Law Specialist, 2609 Sagebrush Drive Suite 202, Flower Mound, Texas 75028. Said counsel filed a Petition for Appeal on behalf of appellant, Appellate Cause No. 02-14-00366-CR. On June 11th, 2015 the 2ND Court of Appeals Denied the grounds of appeal seeking to grant appellant a new punishment hearing.

## III.

The time for filing a Petition for Discretionary Review in this cause expires on July 11th, 2015. Within 15 days of this date on July 1st, 2015 the appellant now files this motion for extension of Time to File Petition for Discretionary Review.

## IV.

Appellant's request for an extension of time in which to file a Petition for Discretionary Review is based upon the following facts: Appellant is currently incarcerated in the Texas Department of Criminal Justice, Bradshaw Unit, P.O. Box 9000, Henderson, TX 75653. Appellant was represented by Christopher Abel in Appellate Cause No. 02-14-00366-CR. Appellant was not adequately represented by said counsel, furthermore counsel did not proceed with the Petition for Appeal as agreed upon by

No. 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

Appellant and said counsel. Appellant requires adequate time to retain new counsel to represent him. Furthermore, appellant not only needs the time to retain new counsel but also needs said counsel to have time to evaluate the original Petition for Appeal and properly file a Petition for Discretionary Review.

## V.

WHEREFORE, appellant prays the court grant this motion for Extension of Time to File Petition For Discretionary Review, and extend the time for filing a Petition for Discretionary Review to October 11TH, 2015.

Respectfully Submitted,
(Pro Se)

Darrin Hunter TDCJ ID#1941080
Bradshaw Unit
P.O. Box 9000
Henderson, TX 75653

No. 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

| Darrin Hunter | ) | In The Court |
|---|---|---|
| | ) | Of Appeals |
| V. | ) | Of The |
| | ) | 2ND |
| State of Texas | ) | Supreme Judicial District |

## Order

On this day of _____
Came to be heard Appellant's motion for Extension of Time to File Petition for Discretionary Review, ~~and~~ and it appears to the court that this motion should be GRANTED/DENIED. IT IS THEREFORE ORDERED that the time for filing a Petition for Discretionary Review in Appellate Cause No. 02-14-00366-CR be extended to _____.

No: 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

Darrin Hunter )        In The Court
)        Of Appeals
V. )        Of The
)        2nD
State of Texas )        Supreme Judicial District

## Certificate of Service

This is to certify that a copy of the above-entitled and numbered motion has been served on the District Attorney of Denton County, Texas, by delivery of a true copy to him by mail, by depositing same, postpaid, in an official depository under the care and custody of the United States Postal Service on the 1st day of July, 2015 enclosed in a properly addressed envelope as follows:

Denton County Criminal District Attorney
Paul Johnson
County Courts Bldg.
1450 E McKinney St., Suite 3100
Denton, TX 76209

_____
(Pro Se)
Darrin Hunter TDCJ ID #1941080
Bradshaw Unit
P.O. Box 9000
Henderson, TX 75653